**LYNCH CARPENTER LLP**
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
James B. Drimmer (SBN 196890)
jim@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone: 619.762.1910
Facsimile:  858.313.1850

*Attorneys for Plaintiff and
Proposed Class Counsel*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| PAMELA CHO, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a Delaware corporation, GAP (APPAREL) LLC, a California limited liability company, GAP INTERNATIONAL SALES, INC., a Delaware corporation, and DOES 1 – 50, inclusive,<br><br>Defendants. | Case No. 4:24-cv-05206-HSG<br><br>**JOINT STIPULATION AND ORDER TO EXTEND BRIEFING DEADLINES FOR DEFENDANTS' MOTION TO DISMISS (ECF NO. 6)**<br>(as modified) |

**PLEASE TAKE NOTICE** that, Pursuant to Civil Local Rules 6-1(a)-(b), 6.2 and 7-12, Plaintiff Pamela Cho, on behalf of herself and all others similarly situated ("Plaintiff") and Defendants The Gap, Inc., Gap (Apparel) LLC, and Gap International Sales, Inc. ("Defendants" and, together with Plaintiff, the "Parties") by and through their respective undersigned counsel, hereby submit the following Joint Stipulation to Extend Briefing Deadlines for Defendants' motion to dismiss, and declare as follows:

**WHEREAS**, on July 12, 2024, Plaintiff filed a complaint in the Superior Court of California for the County of San Francisco with the case number CGC-24-616357, and Defendants were served on July 17, 2024;

**WHEREAS**, on August 15, 2024, Defendants removed the case to Federal Court. (ECF No. 1);

**WHEREAS**, on August 20, 2024, Defendants filed a motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(6) (the "Motion"), (ECF No. 6);

**WHEREAS**, Plaintiff's response to the Motion is currently due September 3, 2024, and Defendants' reply is due September 10, 2024;

**WHEREAS**, on August 23, 2024, this case was reassigned to this Court, and the hearing on the Motion was taken off calendar (ECF No. 16);

**WHEREAS**, the parties are concurrently exploring an informal resolution of this matter, including the possibility of attending private mediation;

**WHEREAS**, the Parties agree that an extension of the briefing schedule would provide appropriate time for Plaintiff to respond to the complex issues raised in the Motion as well as time for the parties to further explore the possibility of an informal resolution;

**WHEREAS**, the Parties have not previously requested any time modifications to the motion to dismiss briefing schedule or any other deadlines set by the Court.

**NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED** between the Parties, subject to Court approval, as follows:

1. The deadline for Plaintiff to file her response to Defendants' motion to dismiss is extended to September 26, 2024;

2.  The deadline for Defendants to file their reply to Plaintiff's response is extended to October 10, 2024;

3.  The hearing date for Defendants' motion to dismiss is to be set thereafter at the Court's convenience.

DATED: August 28, 2024    Respectfully submitted,

**LYNCH CARPENTER LLP**

*/s/ Todd D. Carpenter*
Todd D. Carpenter (CA 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
James B. Drimmer (SBN 196890)
jim@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone: (619) 762-1910
Facsimile: (619) 756-6991

DATED: August 28, 2024    *Attorneys for Plaintiff and Proposed Class Counsel*

**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**
*/s/ Jason D. Russell*
Jason D. Russell (SBN 169219)
jason.russell@skadden.com
Hillary A. Hamilton (SBN 218233)
hillary.hamilton@skadden.com
300 South Grand Avenue, Suite 3400
Los Angeles, California 90071-3144
Telephone: (213) 687-5000
Facsimile:  (213) 687-5600

Michael W. McTigue Jr. (*pro hac vice*)
michael.mctigue@skadden.com
Meredith C. Slawe (*pro hac vice*)
meredith.slawe@skadden.com
One Manhattan West
New York, New York 10001-8602
Telephone: (212) 735-3000
Facsimile:  (212) 735-2000

*Attorney for Defendants*

**Attestation of Concurrence of Signatories**

Pursuant to Local Rule 5-1(i)(3), I hereby attest that all signatories listed above, and on whose behalf this filing is submitted, concur in the filing's content, and have authorized the filing.

Dated: August 28, 2024

**LYNCH CARPENTER LLP**

By: /s/ *Todd D. Carpenter*
Todd D. Carpenter (SBN 234464)
todd@lcllp.com
Scott G. Braden (SBN 305051)
scott@lcllp.com
James B. Drimmer (SBN 196890)
jim@lcllp.com
1234 Camino del Mar
Del Mar, California 92014
Telephone: 619.762.1910
Facsimile: 619.756.6991
*Attorneys for Plaintiff and Proposed Class Counsel*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of August 2024, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

jason.russell@skadden.com

hillary.hamilton@skadden.com

michael.mctigue@skadden.com

meredith.slawe@skadden.com

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user: NONE.

Dated: August 28, 2024               /s/ *Todd D. Carpenter*_____
                                     Todd D. Carpenter

**ORDER**

Pursuant to the Parties' stipulation, the Court hereby orders as follows:

1. Plaintiff shall file her opposition to Defendants' motion to dismiss on or before September 26, 2024;

2. Defendants shall file their reply brief in support of the motion to dismiss on or before October 10, 2024;

3. The hearing date for Defendants' motion to dismiss is set for October 24, 2024 at 2:00 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 8/29/2024

Honorable Haywood S. Gilliam, Jr.
United States District Judge