**LYNCH CARPENTER LLP**
Matthew J. Zevin (CA 170736)
mattz@lcllp.com
Todd D. Carpenter (CA 234464)
todd@lcllp.com
James B. Drimmer (CA 196890)
jim@lcllp.com
Scott G. Braden (CA 305051)
scott@lcllp.com
1234 Camino Del Mar
Del Mar, California 92014
Telephone: (619) 762-1900
Facsimile: (858) 313-1850

*Attorneys for Plaintiff and Proposed Class Counsel*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA CHO on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a Delaware corporation, GAP (APPAREL) LLC, a California limited liability company, GAP INTERNATIONAL SALES, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | **Case No. 4:24-cv-05206-HSG**<br><br>**STIPULATION REGARDING EXTENSION OF BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS AND ORDER GRANTING EXTENSION**<br><br>**CLASS ACTION**<br><br>**Judge: Hon. Haywood S. Gilliam, Jr.** |

WHEREAS, Plaintiff in the above-captioned action filed her complaint in the Superior Court of California for the County of San Francisco, captioned *Cho v. The Gap, Inc., et al.*, No. CGC-24-616357, on July 12, 2024, which was removed to this Court on August 15, 2024;

WHEREAS, on August 20, 2024, Defendants filed their Motion to Dismiss Class Action (ECF No. 6);

WHEREAS, on August 29, 2024, the Court granted the parties' stipulation to extend the deadline for Plaintiff to oppose the Motion to Dismiss to September 26, 2024, and the deadline for Defendants to submit a Reply in support of the Motion to Dismiss to October 10, 2024, with a hearing set for 2:00 pm on October 24, 2024 (ECF No. 20);

WHEREAS, on September 23, 2024, the parties filed a Stipulation Regarding Request to Stay Action Pending Mediation (ECF No. 23), and the Court has not yet acted on that request;

WHEREAS, in apparent response to the parties' requested stay pending mediation, the Court scheduled a Case Management Conference for 2:00 p.m. on October 1, 2024;

WHEREAS, in service of judicial economy, counsel for the Parties have conferred and agreed to request a two-week extension of the briefing schedule related to Defendant's Motion to Dismiss while the Court further evaluates their requested stay pending mediation;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, and request that the Court order as follows:

1. Plaintiff's opposition to Defendants Motion to Dismiss shall be due on October 10, 2024, Defendants' Reply shall be due on October 24, 2024, with the hearing to be set thereafter at the Court's convenience.

**IT IS SO STIPULATED.**

DATED:  September 24, 2024

| LYNCH CARPENTER LLP | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
|---|---|
| By:  */s/ Todd D. Carpenter* | By:  */s/ Jason D. Russell*<br>Jason D. Russell (SBN 169219) |

1
STIPULATION REGARDING EXTENSION OF BRIEFING SCHEDULE

| | |
|---|---|
| Todd D. Carpenter (SBN 234464)<br>1234 Camino Del Mar<br>Del Mar, California 92014<br>Telephone: (619) 762-1900<br>Facsimile: (619) 313-1850<br>Email: todd@lcllp.com<br><br>**LYNCH CARPENTER LLP**<br><br>SCOTT G. BRADEN (SBN 305051)<br>scott@lcllp.com<br>JAMES B. DRIMMER (SBN 196890)<br>jim@lcllp.com<br>1234 Camino Del Mar<br>Del Mar, California 92014<br>Telephone: (619) 762-1900<br>Facsimile: (619) 313-1850<br><br><br>Counsel for Plaintiff Pamela Cho | 300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071-3144<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600<br>Email: jason.russell@skadden.com<br><br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br><br>HILLARY A. HAMILTON (SBN 218233)<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071-3144<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600<br>Email: hillary.hamilton@skadden.com<br><br>MICHAEL W. McTIGUE, JR.*<br>michael.mctigue@skadden.com<br>MEREDITH C. SLAWE*<br>meredith.slawe@skadden.com<br>One Manhattan West<br>New York, New York 10001-8602<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br><br>Counsel for Defendants The Gap, Inc., *et al*.<br>*Admitted *pro hac vice* |

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1**

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: September 24, 2024                          */s/Todd D. Carpenter*
                                                                               Todd D. Carpenter

## **ORDER**

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.

DATED: 9/25/2024                                       *[signature: Haywood S. Gilliam Jr.]*
                                                                        Hon. Haywood S. Gilliam, Jr.
                                                                        United States District Judge