1  JASON D. RUSSELL (SBN 169219)
   jason.russell@skadden.com
2  HILLARY A. HAMILTON (SBN 218233)
   hillary.hamilton@skadden.com
3  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
4  Los Angeles, California 90071-3144
   Telephone: (213) 687-5000
5  Facsimile:  (213) 687-5600

6  Attorneys for Defendants The Gap, Inc.,
   Gap (Apparel) LLC, and Gap International Sales, Inc.
7
   [Additional counsel on signature page]
8

9  **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| PAMELA CHO on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>THE GAP, INC., a Delaware corporation, GAP (APPAREL) LLC, a California limited liability company, GAP INTERNATIONAL SALES, INC., a Delaware corporation, and DOES 1-50, inclusive,<br><br>Defendants. | Case No. 4:24-cv-05206-HSG<br><br>**STIPULATION AND BRIEFING SCHEDULE FOR DEFENDANTS' RENEWED MOTION TO DISMISS; ORDER (as modified)**<br><br>**CLASS ACTION**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

STIPULATION AND BRIEFING SCHEDULE
FOR RENEWED MOTION TO DISMISS                                   Case No. 4:24-cv-05206-HSG

1. WHEREAS, Plaintiff in the above-captioned action filed her complaint in the Superior Court of California for the County of San Francisco, captioned *Cho v. The Gap, Inc., et al.*, No. CGC-24-616357, on July 12, 2024, which was removed to this Court on August 15, 2024;

WHEREAS, on August 20, 2024, Defendants filed their Motion to Dismiss Class Action (ECF No. 6);

WHEREAS, on October 1, 2024, the Court dismissed Defendants' pending Motion to Dismiss without prejudice to renewal to allow the parties to discuss potential resolution (ECF No. 29);

WHEREAS, on October 14, 2024, after preliminary discussions, the Parties have agreed not to pursue mediation at this time;

WHEREAS, Defendants desire to renew their Motion to Dismiss and resume briefing on the matter;

WHEREAS, counsel for the Parties have met and conferred and respectfully submit that good cause exists for the Court to approve the Stipulation as set forth below.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Parties hereto, through their undersigned counsel, and request that the Court order as follows:

1. Defendants will re-file their Motion to Dismiss (ECF No. 6) on October 17, 2024 or as directed by the Court.
2. Plaintiff's Opposition will be due November 7, 2024.
3. Defendants' Reply will be due November 21, 2024.
4. The hearing on the Motions will be December 12, 2024 at 2 p.m. or a date and time as may be convenient to the Court to accommodate the Parties' agreed briefing schedule

**IT IS SO STIPULATED.**

DATED: October 16, 2024

| LYNCH CARPENTER LLP | SKADDEN ARPS SLATE MEAGHER & FLOM LLP |
|---|---|
| By: */s/ Todd D. Carpenter* <br> Todd D. Carpenter (SBN 234464) | By: */s/ Jason D. Russell* |

| | |
|---|---|
| 1234 Camino Del Mar<br>Del Mar, California 92014<br>Telephone: (619) 762-1900<br>Facsimile: (619) 313-1850<br>Email: todd@lcllp.com<br><br>**LYNCH CARPENTER LLP**<br><br>MATTHEW J. ZEVIN (SBN 170736)<br>mattz@lcllp.com<br>SCOTT G. BRADEN (SBN 305051)<br>scott@lcllp.com<br>JAMES B. DRIMMER (SBN 196890)<br>jim@lcllp.com<br>CONNOR J. PORZIO (SBN 351998)<br>connor@lcllp.com<br>1234 Camino Del Mar<br>Del Mar, California 92014<br>Telephone: (619) 762-1900<br>Facsimile: (619) 313-1850<br><br>Counsel for Plaintiff Pamela Cho | Jason D. Russell (SBN 169219)<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071-3144<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600<br>Email: jason.russell@skadden.com<br><br>**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**<br><br>HILLARY A. HAMILTON (SBN 218233)<br>300 South Grand Avenue, Suite 3400<br>Los Angeles, California 90071-3144<br>Telephone: (213) 687-5000<br>Facsimile: (213) 687-5600<br>Email: hillary.hamilton@skadden.com<br><br>MICHAEL W. McTIGUE, JR.*<br>michael.mctigue@skadden.com<br>MEREDITH C. SLAWE*<br>meredith.slawe@skadden.com<br>One Manhattan West<br>New York, New York 10001-8602<br>Telephone: (212) 735-3000<br>Facsimile: (212) 735-2000<br><br>Counsel for Defendants The Gap, Inc., *et al*.<br>*Admitted *pro hac vice* |

## ATTESTATION PURSUANT TO LOCAL RULE 5-1

Pursuant to Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

DATED: October 16, 2024          */s/Jason D. Russell*
                                                    Jason D. Russell

## ORDER

PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED. The parties' stipulation to stay the action pending mediation, Dkt. No. 23, is also TERMINATED AS MOOT.

DATED: 10/17/2024          _____
                                                Hon. Haywood S. Gilliam, Jr.
                                                United States District Judge